```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14387
   TRACY LYNN CAWTHORN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

   Debtor
   SSN XXX-XX-3148


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/03/06 and confirmed on 05/18/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $  13598.36 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 3770.16 | .00 | 3264.08 |
| CONSUMERS COOP CU | SECURED VEHIC | 19410.00 | 1103.30 | 8632.93 |
| ECAST SETTLEMENT CORP | UNSECURED | 3292.27 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 9405.47 | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 10698.69 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 8320.63 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 826.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 553.28 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1904.17 | .00 | .00 |
| KOHLS | UNSECURED | 3158.38 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 592.31 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 999.74 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 191.60 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5867.65 | .00 | .00 |
| BANK ONE/CHASE | UNSECURED | 12442.37 | .00 | .00 |
| BANK ONE/CHASE | UNSECURED | 4687.36 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1576.77 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMERS COOP CU | UNSECURED | 1912.60 | .00 | .00 |

```
              Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23180.16 | .00 | 66429.39 | .00 | 89609.55 |
| PRINCIPAL PAID | 11897.01 | .00 | .00 | .00 | 11897.01 |

```
INTEREST PAID               1103.30            .00          .00           .00      1103.30
TOTAL PAID                 13000.31            .00          .00           .00     13000.31
```
The Debtor's attorney, SCOTT A BENTLEY                   , was allowed $         .00
and was paid $         .00 .

The Trustee received $     598.05 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                      /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE